# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MARLIN E. JONES, )<br>  )<br>             Plaintiff, )<br>  )<br> vs. )<br>  )<br> CITY OF NORTH PLATTE, NEBRASKA, )<br> MARTIN GUTSCHENRITTER, )<br> RICK RYAN, and DEBRA MORGAN, )<br>  )<br>             Defendants. ) | Case No. 4:05CV3071<br><br>**REASSIGNMENT ORDER** |

A Consent to Exercise of Jurisdiction by United States Magistrate Judge has not been filed.  Accordingly,

IT IS ORDERED that this case is reassigned to District Judge Laurie Smith Camp for disposition and to Magistrate Judge F. A. Gossett for judicial supervision and processing of all pretrial matters.

Dated this 25th day of April, 2005.

BY THE COURT:

s/ Joseph F. Bataillon
Chief Judge, United States District Court