### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MARLIN E. JONES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 4:05cv3071 |
| vs. ) | |
| ) | ORDER |
| CITY OF NORTH PLATTE, ) | |
| NEBRASKA, et al., ) | |
| ) | |
| Defendants. ) | |

This matter is before the court on plaintiff's Motion for Appointment and Continuance of Conference (#52), filed September 7, 2005. A Rule 16 planning conference is scheduled for September 12, 2005 at 10:00 a.m. In light of the fact that there are several pending motions, the court finds a conference with the parties would be beneficial. Therefore,

**IT IS ORDERED:**

1. The portion of plaintiff's motion (#52) requesting a continuance of the September 12, 2005 conference is denied. The conference will be held as scheduled and set out in the court's Order Setting Schedule for Initial Progression of Case (#31).

2. The portion of plaintiff's motion requesting the appointment of counsel will be addressed at the conference.

Dated this 8th day of September 2005.

BY THE COURT:

S/ F.A. Gossett
United States Magistrate Judge