IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MARLIN E. JONES, ) | |
| ) | Case No. 4:05cv3071 |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| CITY OF NORTH PLATTE, ) | |
| NEBRASKA, et al., ) | |
| ) | |
| Defendants. ) | |

THIS MATTER came before the court for a Rule 16 planning conference. Marlin E. Jones, *Pro Se* plaintiff, and William T. Wright, counsel for defendants, appeared telephonically. After reviewing the status of the case,

**IT IS ORDERED:**

1. The Rule 16 planning conference is continued to **Monday, November 14, 2005 at 10:30 A.M.,** before the undersigned magistrate judge in Courtroom 6, 2nd Floor, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska. The court requests that defendants' counsel, Mr. Wright, arrange to initiate the call to the plaintiff and the court at (402) 661-7340. Should the plaintiff's telephone number change prior to the hearing, he shall immediately notify defendants' counsel and the court of the new number.

Dated this 12th day of September 2005.

BY THE COURT:

s/ F. A. Gossett
United States Magistrate Judge