IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MARLIN E. JONES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 4:05cv3071 |
| vs. | ) | |
| | ) | ORDER SETTING |
| CITY OF NORTH PLATTE, | ) | PLANNING CONFERENCE |
| NEBRASKA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**IT IS ORDERED:**

A Planning Conference with the undersigned magistrate judge will be held by telephone on **Tuesday, February 21, 2006,** at **2:30 p.m.** for the purpose of reviewing the preparation of the case to date and the scheduling of the case to trial. **The court requests that defendants' counsel, William T. Wright, contact the plaintiff in advance and arrange to initiate the call. Defendants' counsel shall place the conference call to the plaintiff at 308-534-1298 and to the court at 402-661-7340.**

If, prior to the telephone conference, the plaintiff's telephone number changes, the plaintiff must immediately notify defendants' counsel and the court of the new number.

DATED: January 24, 2006.

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**