**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| **MARLIN E. JONES,** )<br>)<br>**Plaintiff,** )<br>)<br>vs. )<br>)<br>**CITY OF NORTH PLATTE,** )<br>**NEBRASKA, et al.,** )<br>)<br>**Defendant.** ) | **4:05cv3071**<br><br>**SCHEDULING ORDER** |

This matter is before the court following the recent filing of motions affecting the final progression of the case. A status conference hearing regarding the motions should be held. Therefore,

**IT IS ORDERED:**

1. The defendants' Motion to Change Place of Trial [73], the plaintiff's Motion to Appoint Counsel [74] and Objection to Motion to Change Place of Trial [75], will be heard by the undersigned magistrate judge, on **Thursday, March 9, 2006 at 10:00 a.m.**

2. The hearing will be held telephonically and initiated by the court. Should the Plaintiff's phone number change prior to the hearing, he shall immediately notify defendants' counsel and the court of the new number.

Dated this 3rd day of March 2006.

BY THE COURT:

S/ F. A. Gossett
United States Magistrate Judge