IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MARLIN E. JONES, | ) | Case No. 4:05cv3071 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| CITY OF NORTH PLATTE, | ) | |
| NEBRASKA, et al., | ) | |
| | ) | |
| Defendant. | ) | |

This matter came before the court for a final pretrial conference on September 6, 2006 in North Platte, Nebraska. Following discussion with the parties, a settlement was reached.

**IT IS ORDERED:**

1. On or before **October 6, 2006,** the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to District Judge Laurie Smith Camp, at smithcamp@ned.uscourts.gov, a draft order which will fully dispose of the case;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3. The remainder of the final pretrial conference was cancelled.

Dated this 7th day of September 2006.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge